Law Offices of Patrick K. Hanly
Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 773-8303

Attorneys for Defendant
Jorge Chavez

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No:  07-515 WBS |
|                                      ) | |
|         Plaintiff,                   ) | **SUBSTITUTION OF COUNSEL** |
|                                      ) | |
|     vs.                              ) | |
|                                      ) | **Date: N/A** |
|                                      ) | **Time: N/A** |
| Jorge Chavez,                        ) | **Courtroom: Honorable  William B. Shubb** |
|                                      ) | |
|         Defendant.                   ) | |
|                                      ) | |
| _____       ) | |

**PLEASE TAKE NOTICE** that Defendant Jorge Chavez hereby substitutes Patrick K. Hanly of The Law Offices of Patrick K. Hanly, 980 9th Street, 16th Floor, Sacramento CA 95814, 916-773-2211, as his attorney of record in this matter in the place of Timothy Zindel of the Federal Defender's Office.

Dated: December 12 , 2007          By:    /s/ Jorge Chavez
                                          Jorge Chavez

Dated: December 12 , 2007                 Law Offices of Patrick K. Hanly

                                          By: /s/ Patrick K. Hanly
                                              PATRICK K. HANLY

I consent to the above substitution.

Dated: December 12, 2007                               Federal Defender's Office

                                                       By: /s/ Timothy Zindel
                                                           Timothy Zindel

**IT IS SO ORDERED**.

Dated: December 13, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE