McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>          Plaintiff,          )<br>                               )<br>                               )<br>     v.                        )<br>                               )<br>JORGE CHAVEZ et al.,           )<br>                               )<br>          Defendants.          )<br>_____) | CR. S-07-515 WBS<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br><br>Hon. William B. Shubb |

The parties request that the status conference currently set for June 9, 2008, be continued to August 4, 2008, and stipulate that the time beginning June 9, 2008, and extending through August 4, 2008, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.  In particular, counsel for each defendant needs more time to review the discovery in this case, discuss that discovery with their

1

1 respective clients, consider evidence that may affect the
2 disposition of this case, and discuss with their clients how to
3 proceed.  The parties stipulate and agree that the interests of
4 justice served by granting this continuance outweigh the best
5 interests of the public and the defendants in a speedy trial.  18
6 U.S.C. § 3161(h)(8)(A).

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney

Dated: June 6, 2008　　　　　　　By:/s/ Michael M. Beckwith
　　　　　　　　　　　　　　　　　　　　MICHAEL M. BECKWITH
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: June 6, 2008　　　　　　　By:/s/ Patrick K. Hanly
　　　　　　　　　　　　　　　　　　　　PATRICK K. HANLY
　　　　　　　　　　　　　　　　　　　　Attorney for defendant
　　　　　　　　　　　　　　　　　　　　Jorge Chavez

Dated: June 6, 2008　　　　　　　By:/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　Attorney for defendant
　　　　　　　　　　　　　　　　　　　　Armando Chavez

Dated: June 6, 2008　　　　　　　By:/s/ Michael B. Bigelow
　　　　　　　　　　　　　　　　　　　　MICHAEL B. BIGELOW
　　　　　　　　　　　　　　　　　　　　Attorney for defendant
　　　　　　　　　　　　　　　　　　　　Alex Hernandez

Dated: June 6, 2008　　　　　　　By:/s/ Daniel M. Davis
　　　　　　　　　　　　　　　　　　　　DANIEL M. DAVIS
　　　　　　　　　　　　　　　　　　　　Attorney for defendant
　　　　　　　　　　　　　　　　　　　　Juan Villa, Jr.

Dated: June 6, 2008　　　　　　　By:/s/ Hayes H. Gable
　　　　　　　　　　　　　　　　　　　　HAYES H. GABLE, III
　　　　　　　　　　　　　　　　　　　　Attorney for defendant
　　　　　　　　　　　　　　　　　　　　Jamie Jiminez

///
///

| | | |
|---|---|---|
| Dated: June 6, 2008 | | By: /s/ Kresta N. Daily |
| | | KRESTA N. DAILY |
| | | Attorney for defendant |
| | | Maricella Villa |

| | | |
|---|---|---|
| Dated: June 6, 2008 | | By: /s/ Michael Long |
| | | MICHAEL LONG |
| | | Attorney for defendant |
| | | Jose Penalosa |

**ORDER**

The status conference in case number CR. S-07-0515 WBS, currently set for June 9, 2008, is continued to August 4, 2008 at 8:30 a.m., and the time beginning June 9, 2008, and extending through August 4, 2008, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: June 9, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE