Law Offices of Patrick K. Hanly
Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 773-8303

Attorneys for Defendant
Jorge Chavez

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: CR S- 07-515 WBS |
| Plaintiff, | **REQUEST FOR TRANSCIPRT OF PROCEEDINGS;** ~~**PROPOSED**~~ **ORDER** |
| vs. | |
| Jorge Chavez, | **Date: N/A**<br>**Time: N/A**<br>**Courtroom: Honorable William B. Shubb** |
| Defendant. | |

Defendant Jorge Chavez by and through his undersigned counsel hereby requests a Reporter's Transcript of the Proceedings held in court on February 25, 2008.

Dated: January 4, 2010          /s/ Patrick K. Hanly
                                PATRICK K. HANLY

**IT IS SO ORDERED.** A copy of the transcript shall also be furnished to the United States Attorney.

Dated: January 6, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

TRANSCRIPT REQUEST